x:\tc51249\adoption

ROGER P. McTIERNAN, JR. (PRM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE
(UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
--------------------------------------------------------------------------X
WILSON GALLLEGOS AND AMERICA M. GALLEGOS,          **NOTICE OF
                                                   ADOPTION**

                              Plaintiffs,

                                                   **07 CV 01613**

              -against-

90 CHURCH STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO, AMBIENT GROUP,
INC., BATTERY PARK CITY AUTHORITY, BELFOR
USA GROUP, INC., BLACKMON-MOORING-
STEAMATIC CATASTROPHE, INC. D/B/A BMS
CAT, BOSTON PROPERTIES, INC, BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP, BROOKFIELD
PARTNERS, LP., BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDING INC., ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO., MERRILL
LYNCH & CO., INC., STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC.,
WESTON SOLUTIONS, INC., WESTON SOLUTIONS,
INC., WFP TOWER B CO., I. L.P., WFP TOWER B.

HOLDING CO., II L.P., WFP TOWER D. CO. G.P.
CORP., WFP TOWER D HOLDING I G.P. CORP.,
AND WFP TOWER D. CO., L.P.,

                              Defendants.
-----------------------------------------------------------------------X

        PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations

set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master

Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's

Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In

Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

        To the extent that STRUCTURE TONE's Answer to the Master Complaint does

not comprehensively address any of the specific allegations within the Check-Off

Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or

information sufficient to form a belief as to the truth of such specific allegations.

        WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK),

INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment

dismissing the above-captioned action as against it, together with its costs and

disbursements.

Dated: New York, New York
      September 3, 2007

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York  10006
(212) 313-3600