UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH) 21MC103

# RETURN OF SERVICE

| Service of the Summons and Complaint[1] was made by me[2] | DATE 6/22/07 |
|---|---|
| NAME OF SERVER *(PRINT)* STUART Kelly | TITLE Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other *(specify)*: Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the Authorized Agent of Defendant(s) at

**Joey Harrinton, Esq.**
**Wilson, Elser, Moskowitz, Edelman & Dicker, LLP**
**150 East 42nd Street**
**New York, NY 10017-5639**

For the following Defendant(s):

**WESTON SOLUTIONS, INC.**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/22/07
Date

Stuart Kelly
Signature of Server

115 Broadway NYC 10006
Address of Server

CATHERINE CARDOZO
Notary Public, State of New York
No. 01CA6097634
Qualified in Queens County
Commission Expires August 25, 2007

[1] See attached rider.

[2] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure





*13* *7450* *54* *50*


*13*
*7450*
*54*
*50*


Rider

# Service Rider

WESTON SOLUTIONS, INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9419 | Edgar Abarca (and Wife, Margoth Abarca) | 06cv1648 | 5/24/2007 |
| 9352 | Carmelo Acevedo | 07cv1453 | 5/24/2007 |
| 9418 | Claudio Agudo | 07cv4447 | 6/5/2007 |
| 6992 | Rolando Alvarez (and Wife, Joseta Lidia Alvarez) | 07cv1455 | 5/24/2007 |
| 9392 | Rossina Angulo | 07cv4449 | 6/5/2007 |
| 13187 | Philip Annunziato (and Wife, Eleanor V Annunziato) | 06cv14466 | 5/31/2007 |
| 3802 | Dagoberto Aristizabal (and Wife, Alexandra Aristizabal) | 07cv1458 | 5/24/2007 |
| 3798 | Enid Aristizabal | 06cv4377 | 5/24/2007 |
| 13306 | Thomas A Arlotta (and Wife, Guadalupe Arlotta) | 06cv13784 | 5/24/2007 |
| 3835 | Wilmer Astudillo (and Wife, Maria I Avila) | 07CV1561 | 5/24/2007 |
| 9720 | Cesar Avila (and Wife, Piedad Avila) | 07CV1563 | 5/24/2007 |
| 9569 | Nolberto Avila (and Wife, Brigida Avila) | 07CV1564 | 5/31/2007 |
| 9413 | Norbeto Avila (and Wife, Nelly Avila) | 07cv1465 | 5/24/2007 |
| 14290 | Peter B Bailon | 07CV05336 | 5/31/2007 |
| 15996 | Jose Barahona (and Wife, Domenica Barahona) | 07CV5550 | 6/8/2007 |
| 9788 | Miguel Barona (and Wife, Maria Sucuzhanyay) | 07cv1569 | 5/31/2007 |
| 9980 | Raul Barreto (and Wife, Derlim Barreto) | 07cv4451 | 6/5/2007 |
| 13967 | Hector Barroso | 07cv4452 | 6/5/2007 |
| 3756 | Julio Bastidas | 07CV05276 | 5/24/2007 |
| 9378 | Wlodzimierz Belkowski (and Wife, Teresa Belkwski) | 07CV05339 | 5/31/2007 |
| 3840 | Vincente Benavidez (and Wife, Florinda Jostina) | 06CV7913 | 5/24/2007 |
| 8518 | Hector Betancourt | 07cv4453 | 6/5/2007 |
| 9390 | Andrzej Borkowski | 07cv1472 | 5/24/2007 |
| 9701 | Hector Buestan | 07cv4456 | 6/5/2007 |
| 10228 | Carlos Bunay | 07CV1571 | 5/31/2007 |
| 9965 | Ernesto Bunay | 07CV1572 | 5/24/2007 |
| 14713 | Gil Calle | 07CV1576 | 5/31/2007 |
| 3996 | Jose Calle (and Wife, Damaris Calle) | 07CV1577 | 5/24/2007 |
| 14248 | Rodrigo Campozano (and Wife, Esther Campozano) | 07cv4459 | 6/5/2007 |
| 9921 | Edison Cardenas | 06cv14533 | 5/24/2007 |
| 3820 | Ludivia Castellanos (and Husband, Luis L Martinez) | 07cv1480 | 5/24/2007 |
| 9504 | Aida Chalco | 07cv1481 | 5/24/2007 |
| 9556 | Edizon Chavez (and Wife, Martha L Chavez) | 07CV1585 | 5/24/2007 |
| 9377 | Andrzej Chojnowski (and Wife, Bozema Chojnowska) | 07CV1588 | 5/24/2007 |
| 10594 | Cecelia Claret | 06cv14554 | 5/24/2007 |
| 10181 | Antonio Collazos (and Wife, Nohemi Collazos) | 07cv4461 | 6/5/2007 |



Group: *14 Out *39 In: *50






# Service Rider

WESTON SOLUTIONS, INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 10271 | John Colucci (and Wife, Theresa Colucci) | 07cv1485 | 5/24/2007 |
| 14443 | John Combos (and Wife, Donna Combos) | 07CV1593 | 5/31/2007 |
| 10294 | William Cook | 07cv1486 | 5/24/2007 |
| 14805 | Thomas Costello (and Wife, Terri Costello) | 07CV05345 | 5/31/2007 |
| 3774 | Jose Criollo (and Wife, Maria Criollo) | 05cv1104 | 5/24/2007 |
| 3801 | Nancy Criollo (and Wife, Lawrence Zenteino) | 07cv4462 | 6/5/2007 |
| 4400 | Flora B Davila | 07cv4463 | 6/5/2007 |
| 7600 | Maria De La Cruz | 07cv4464 | 6/5/2007 |
| 14621 | Maria Delacruz | 07CV05348 | 5/31/2007 |
| 9370 | Wieslaw Demko (and Wife, Elzbieta Demko) | 05cv01032 | 5/31/2007 |
| 15274 | Pancri Diez (and Wife, Rosa Diez) | 07CV05351 | 5/31/2007 |
| 14859 | Jesse Drake (and Wife, Susan Drake) | 07CV05353 | 5/31/2007 |
| 11329 | Dominik Drozdz (and Wife, Ewa Drozdz) | 06cv14619 | 5/24/2007 |
| 11331 | Stanislaw Drozdz (and Wife, Monika Drozdz) | 06cv14620 | 5/31/2007 |
| 9044 | Oswald Drysdale (and Wife, Alma Drysdale) | 07CV05286 | 5/24/2007 |
| 6773 | Maria Duchitanga | 07CV1604 | 6/5/2007 |
| 13946 | Lucila Dutan | 06cv14623 | 5/24/2007 |
| 8458 | Cirilo Encalada (and Wife, Melva Encalada) | 07cv4465 | 6/5/2007 |
| 8418 | Gregory Fisco (and Wife, Nicole Fisco) | 07CV05289 | 5/24/2007 |
| 14806 | Harald Gabrielsen (and Wife, Debi Gabrielsen) | 07CV05169 | 5/31/2007 |
| 9557 | Carmen Gallego (and Husband, Salazar Gallego) | 07CV062 | 5/24/2007 |
| 6812 | Walter Gallegos | 07cv4467 | 6/5/2007 |
| 10005 | Wilson Gallegos (and Wife, America M Gallegos) | 07CV1613 | 5/24/2007 |
| 13453 | Juan Gallo | 06cv14670 | 5/24/2007 |
| 10183 | Sixta T Garcia | 07CV05292 | 5/24/2007 |
| 10006 | Sonia Garcia (and Husband, Christian Chavez) | 07CV05358 | 5/31/2007 |
| 9350 | Blanca Gavidia (and Husband, Alexo Gavidia) | 07cv4468 | 6/5/2007 |
| 9119 | Jaime Gerardo | 07cv4469 | 6/5/2007 |
| 8047 | Jaime Giraldo (and Wife, Gloria Vellada) | 07cv4471 | 6/5/2007 |
| 9456 | Samuel Giuracocha | 07CV05293 | 5/24/2007 |
| 9674 | Edward Gora (and Wife, Ena Rynczak Gora) | 06cv3302 | 5/24/2007 |
| 9676 | Malgorzata Grabowska | 06 cv 4885 | 5/24/2007 |
| 14594 | Slawomir Gryszkiewicz (and Wife, Wanda Gryszkiewicz) | 07CV1623 | 5/31/2007 |
| 13999 | Rosa Gualpa | 07cv4472 | 6/5/2007 |
| 7592 | Francisco Guerrero (and Wife, Arelis Guerrero) | 05CV1636 | 5/24/2007 |
| 14972 | Armando Guzman | 07CV5556 | 6/8/2007 |



Group:  Out  In:



Rider

# Service Rider

WESTON SOLUTIONS, INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 10384 | Carlos Guzman (and Wife, Gloria Guzman) | 06cv2884 | 5/24/2007 |
| 4112 | Angel Hualpa (and Wife, Rosa Hualpa) | 05CV2501 | 5/24/2007 |
| 4110 | Julio Hurtado (and Wife, Eida Monica Montes) | 07CV05295 | 5/24/2007 |
| 10118 | Manuel Idrovo | 07CV1628 | 5/24/2007 |
| 9572 | Jorge Inga | 07CV1629 | 5/24/2007 |
| 9565 | Luis Inga (and Wife, Carmen Inga) | 07cv4474 | 6/5/2007 |
| 14041 | Janusz Jakubowski (and Wife, Krystyna Karpinska) | 06cv14741 | 5/24/2007 |
| 9564 | Julio Jalil (and Wife, Charinil Jalil) | 07cv4476 | 6/5/2007 |
| 14697 | Juan Jara | 07CV05363 | 5/31/2007 |
| 9872 | Marina Jara | 07cv4477 | 6/5/2007 |
| 3819 | Rodrigo Jimbo (and Wife, Dolores Calle) | 07CV1632 | 5/24/2007 |
| 9830 | Urbano Juarez | 07cv1509 | 5/24/2007 |
| 9718 | Slawek Kappinski | 07CV1634 | 5/24/2007 |
| 9673 | Marian Karus (and Wife, Barbara Karus) | 07CV1635 | 5/24/2007 |
| 9752 | Andrzej Kasina | 07CV1636 | 5/24/2007 |
| 13791 | Wieslaw Kolodziejczyk (and Wife, Janina Kolodziejczyk) | 07cv4479 | 6/5/2007 |
| 9669 | Adam Kowalczyk (and Wife, Sabina Kowalczyk) | 06cv2252 | 5/24/2007 |
| 9381 | Antoni Kurak | 06 cv 4376 | 5/24/2007 |
| 9672 | Boguslaw Kwasniak (and Wife, Malgorzata Kwasniak) | 07CV05300 | 5/24/2007 |
| 14975 | Emerita E Lara | 07CV05365 | 5/31/2007 |
| 9926 | Andrzej Lasica (and Wife, Ewelina Lasica) | 07cv4480 | 6/5/2007 |
| 9687 | Ines Leon (and Wife, Luis E Quezada) | 07cv4481 | 6/5/2007 |
| 9742 | Jose Leon | 07CV1647 | 5/24/2007 |
| 3755 | Hilda Llerena | 07CV1650 | 5/24/2007 |
| 9461 | Raul Loja | 07CV1652 | 5/24/2007 |
| 9499 | Wilmo Loja | 07cv4482 | 6/5/2007 |
| 10178 | Andrea Lora | 07cv4484 | 6/5/2007 |
| 9323 | Veronica Macas | 07cv4485 | 6/5/2007 |
| 9777 | Veronica Matas | 07CV1657 | 5/24/2007 |
| 3806 | Araceli Medina | 07cv4490 | 6/5/2007 |
| 9582 | Trinidad Medrano (and Husband, Salvador L Medrano) | 07cv4493 | 6/5/2007 |
| 9351 | Enrique Mendoza (and Wife, Maria De Mendoza) | 07CV05302 | 5/24/2007 |
| 9453 | Gustavo Mendoza (and Wife, Hada Mendoza) | 07cv4494 | 6/5/2007 |
| 9465 | Luis F. Mesa (and Wife, Maria Mesa) | 07CV05303 | 5/24/2007 |
| 9566 | Ubaldo Misaico | 07cv4495 | 6/5/2007 |
| 7308 | Leidis Montero | 05CV1691 | 5/24/2007 |




# Service Rider

WESTON SOLUTIONS, INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 13423 | Eugenio Mora (and Wife, Olga Mora) | 06cv13168 | 5/24/2007 |
| 4432 | Fabio Morales (and Wife, Martha Morales) | 07CV1667 | 5/24/2007 |
| 9568 | Walter Naranjo (and Wife, Miriam Naranjo) | 07cv04496 | 6/5/2007 |
| 11720 | Carlos Narvaez | 06cv2221 | 5/24/2007 |
| 10602 | Herbert Negron | 07CV05305 | 5/24/2007 |
| 9467 | Walter Oquendo | 07cv4497 | 6/5/2007 |
| 15939 | Edgar Orellana | 07CV05398 | 6/6/2007 |
| 9679 | Wladyslaw Ostrzycki (and Wife, Wieslawa Ostrzycka) | 07CV05375 | 5/31/2007 |
| 3777 | Maximo Pachay | 05cv9041 | 5/24/2007 |
| 9412 | Krzysztof Pajak (and Wife, Ewa Pajak) | 07cv4502 | 6/5/2007 |
| 9979 | Diana Palma | 07cv4503 | 6/5/2007 |
| 10319 | Czeslaw Pankiewicz (and Wife, Maria Pankiewicz) | 07cv4505 | 6/5/2007 |
| 12042 | Rolando Pelaez (and Wife, Monica Villamarin) | 07cv4507 | 6/5/2007 |
| 7602 | Gabriel Pena | 05CV1385 | 5/24/2007 |
| 7348 | Jorge Pena | 07CV1682 | 5/24/2007 |
| 9379 | Hanna Pieczynska | 07CV1684 | 5/24/2007 |
| 9670 | Josef Borkowski, as Administrator of Jan Pietraszkiewicz | 06cv2527 | 5/24/2007 |
| 7731 | Luis Pillco (and Wife, Ana Lucero pillco) | 07cv4508 | 6/5/2007 |
| 15776 | Hernan Pineda (and Wife, Sarito Pineda) | 07CV05376 | 5/31/2007 |
| 3495 | Jose Polo | 05CV1418 | 5/24/2007 |
| 10885 | Raul Porras (and Wife, Diana Povvas) | 06cv9674 | 5/24/2007 |
| 9491 | Jesus Quizhpi | 07cv4509 | 6/5/2007 |
| 14800 | David Reynolds (and Wife, Katherine Reynolds) | 07CV3446 | 5/24/2007 |
| 3778 | Sonia Rivera (and Husband, Andres Rivera) | 06cv6234 | 5/24/2007 |
| 9771 | Maria Robles | 06cv11257 | 5/31/2007 |
| 9745 | Teresa Robles | 07CV05312 | 5/24/2007 |
| 7543 | Susana Rodriguez (and Husband, Jose Rodriguez) | 07CV05315 | 5/24/2007 |
| 9575 | Angel Rojas | 07CV1696 | 5/24/2007 |
| 7196 | Mario Rojas | 06cv5786 | 5/24/2007 |
| 9417 | Mieczyslaw Romaniuk | 07CV05316 | 5/24/2007 |
| 9966 | Victor Salazar | 07cv4512 | 6/5/2007 |
| 7603 | Hipolito Salgado (and Wife, Teresa Salgado) | 05CV1675 | 5/24/2007 |
| 15080 | Antwi Samuel | 07CV05399 | 6/6/2007 |
| 3761 | Jose Sanchez | 07cv4513 | 6/5/2007 |
| 9308 | Oscar Sanchez | 06cv11892 | 5/24/2007 |
| 9974 | Wilson Sanchez | 07CV05386 | 5/31/2007 |



Group:   Out   In:



# Service Rider

WESTON SOLUTIONS, INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 10952 | Leonel Sanmartin (and Wife, Ana Rosa) | 07cv4514 | 6/5/2007 |
| 9466 | Emanuel Santamaria | 07cv1528 | 5/24/2007 |
| 9479 | Miquel Santana | 07CV1700 | 5/24/2007 |
| 9744 | Edwin Sarmiento (and Wife, Nora Sarmiento) | 07cv4515 | 6/5/2007 |
| 10872 | Maydi Sarmiento | 06cv6521 | 5/24/2007 |
| 9477 | Pedro Sarmiento (and Wife, Melanea Sarmiento) | 07cv1531 | 5/24/2007 |
| 9394 | Angel Serrano (and Wife, Tanny Sarmiento) | 07cv4516 | 6/5/2007 |
| 7307 | Antonio Silva (and Wife, Lupe C Silva) | 05CV1260 | 5/24/2007 |
| 10359 | Eugeniusz Skrzeczkowski (and Wife, Alicja Skrzeczkowski) | 07cv4517 | 6/5/2007 |
| 9814 | Jerzy Slesicki | 06cv6814 | 5/24/2007 |
| 4113 | Lucio Solis (and Wife, Linda Solis) | 05CV1198 | 5/24/2007 |
| 14850 | Robert Sparano (and Wife, Theresa Sparanpo) | 07CV05388 | 5/31/2007 |
| 4603 | Norma Suco | 07cv1708 | 5/24/2007 |
| 3780 | Jose Sumba (and Wife, Maria Sumba) | 07cv1709 | 5/24/2007 |
| 10331 | Edward Szuberla | 07cv1712 | 5/24/2007 |
| 9498 | Laneth (Janeth) Tabares | 06cv12826 | 5/31/2007 |
| 9388 | Bertha Tache | 07cv1537 | 5/24/2007 |
| 8510 | Julia Tenezaca | 07cv1714 | 5/24/2007 |
| 4673 | Jorge Toledo | 07cv4518 | 6/5/2007 |
| 4336 | Carlos Toral (and Wife, Zoila Toral) | 06cv6233 | 5/24/2007 |
| 15946 | Miguel Urgiles (and Wife, Martha Urgiles) | 07CV05400 | 6/6/2007 |
| 9571 | Jose Vasquez (and Wife, Liliana G Vasquez) | 07cv2708 | 5/24/2007 |
| 9464 | Klever Vasquez | 07cv4520 | 6/5/2007 |
| 7601 | Severo Vega (and Wife, Lila Gonzalez) | 07cv4521 | 6/5/2007 |
| 3839 | Rafael Velasco (and Wife, Zoila Velasco) | 07cv1723 | 5/24/2007 |
| 3751 | Lucrecia Velez | 07CV05325 | 5/24/2007 |
| 6832 | Alejandro Vera | 07cv4522 | 6/5/2007 |
| 13196 | Viviana Vergara (and Husband, Verter Vergara) | 06cv15116 | 5/31/2007 |
| 3828 | Julio Villafuerte | 06cv1652 | 5/24/2007 |
| 9383 | Kazimierz Walek (and Wife, Stefania Walek) | 07CV05327 | 5/24/2007 |
| 9374 | Krzysztof Walek | 07cv1547 | 5/24/2007 |
| 10343 | Robert Waniurski (and Wife, Ewa Waniurski) | 07cv4524 | 6/5/2007 |
| 9401 | Wlodzimierz Wierzbicki (and Wife, Alicja B Wierzbicka) | 07cv1727 | 5/24/2007 |
| 9409 | Jan Wolkowicz (and Wife, Grace Wolkowicz) | 07cv1728 | 5/31/2007 |
| 9490 | Aquiles Yaguana | 07cv4525 | 6/5/2007 |
| 9448 | Luis Yumbla | 06CV13166 | 5/24/2007 |


Rider

# Service Rider

WESTON SOLUTIONS, INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9376 | Krzysztof Zalewski (and Wife, Danuta Zalewska) | 07CV05330 | 5/24/2007 |
| 3767 | Jorge Zelaya (and Wife, Maria Zelaya) | 07cv1730 | 5/24/2007 |
| 4284 | Lawrence Zenteno (and Wife, Nancy C Zenteno) | 07cv1731 | 5/24/2007 |

183



Group: *14 Out *39 In: *50





# Service Rider

WESTON SOLUTIONS, INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 6879 | David Cornier | Not Available | 5/25/2007 |
| 3564 | Steven Daquila (and Wife, Grace Daquila) | 06cv8756 | 5/25/2007 |
| 6678 | Patrick Dolan | 06CV7398 | 5/25/2007 |
| 14466 | Joseph Douso (and Wife, Jill E Douso) | Not Available | 5/25/2007 |
| 14779 | Donald Foley (and Wife, Kelly Ann Foley) | 07cv657 | 5/25/2007 |
| 15289 | John E Greaney (and Wife, Andrea Greaney) | Not Available | 5/25/2007 |
| 8921 | Jeffrey Hayduk | 06cv5839 | 5/25/2007 |
| 3959 | Michael Labate (and Wife, Cheryl Labate) | 06CV8441 | 5/25/2007 |
| 8478 | Donna Marshall | Not Available | 5/25/2007 |
| 7772 | Hamilton Montero | 06cv12791 | 5/25/2007 |
| 12980 | William Noesges (and Wife, Denise Noesges) | 06cv14925 | 5/25/2007 |
| 7251 | Joseph Nolan (and Wife, Lana Nolan) | 05CV1213 | 5/25/2007 |
| 7271 | Michael Pallotto (and Wife, Lisa Polloto) | Not Available | 5/25/2007 |
| 8752 | Donald Sadowy (and Wife, Kathleen Sadowy) | 06cv7254 | 5/25/2007 |
| 14395 | James Seiferheld (and Wife, Fran Seiferheld) | Not Available | 5/25/2007 |
| 8387 | Zachary Stamatakis (and Wife, Bernice Stamatakis) | 06cv11589 | 5/25/2007 |
| 13263 | Guy Zammitt (and Wife, deanna Zammitt) | 06cv15155 | 5/25/2007 |
| 17 | | | |