UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

21 MC 102 (AKH) & 21 MC 103

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint[1] was made by me[2] | DATE 06/28/07 |
| NAME OF SERVER (PRINT) Charles Thompson | TITLE Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other *(specify):* Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the Authorized Agent of Defendant(s) at

BROOKFIELD PROPERTIES CORPORATION
Three World Financial Center
200 Vesey Street, 11th Floor
New York, NY 10281

*Ana Guzman*

For the following Defendant(s):

BROOKFIELD PROPERTIES CORPORATION

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 06/28/07
<u>Date</u>

_____
Signature of Server

115 Broadway
_____
Address of Server



WANDA Y. RIVERA
Notary Public, State of New York
No. 01RI6074197
Qualified in New York County
Commission Expires May 13, 20__

_____
[1] See attached rider.
[2] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

* 1 3 *  * 7 3 9 6 *  * 5 4 *  * 5 0 *





# Service Rider

BROOKFIELD PROPERTIES CORPORATION

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9419 | Edgar Abarca (and Wife, Margoth Abarca) | 06cv1648 | 5/24/2007 |
| 9352 | Carmelo Acevedo | 07cv1453 | 5/24/2007 |
| 10706 | Luis Adriano | 07cv4445 | 6/5/2007 |
| 15370 | Maria Agudelo (and Wife, Ramon Agudelo) | Not Available | 5/31/2007 |
| 9418 | Claudio Agudo | 07cv4447 | 6/5/2007 |
| 12263 | Luis Aguilar (and Wife, Maria Aguilar) | 06cv12701 | 5/24/2007 |
| 3765 | Enrique Ali | 07cv1554 | 5/24/2007 |
| 8523 | Juan Alvarez (and Wife, Maricel Alvarez) | 06cv2814 | 5/24/2007 |
| 6992 | Rolando Alvarez (and Wife, Joseta Lidia Alvarez) | 07cv1455 | 5/24/2007 |
| 9392 | Rossina Angulo | 07cv4449 | 6/5/2007 |
| 13187 | Philip Annunziato (and Wife, Eleanor V Annunziato) | 06cv14466 | 5/31/2007 |
| 9949 | Arturo Arias (and Wife, Marilyn Quintana) | Not Available | 5/24/2007 |
| 9773 | Julio Arias (and Wife, Jane Arias) | 06CV1340 | 5/24/2007 |
| 3802 | Dagoberto Aristizabal (and Wife, Alexandra Aristizabal) | 07cv1458 | 5/24/2007 |
| 3798 | Enid Aristizabal | 06cv4377 | 5/24/2007 |
| 13306 | Thomas A Arlotta (and Wife, Guadalupe Arlotta) | 06cv13784 | 5/24/2007 |
| 12258 | Ivan Ascencio | 07cv1460 | 5/24/2007 |
| 9933 | Angel Asmal (and Wife, Gloria Asmal) | 07cv1461 | 5/24/2007 |
| 3835 | Wilmer Astudillo (and Wife, Maria I Avila) | 07CV1561 | 5/24/2007 |
| 4309 | Marcelo Atiencia | 07CV1562 | 5/24/2007 |
| 9551 | Angel Avila (and Wife, Ammsy Avila) | 07CV060 | 5/24/2007 |
| 9720 | Cesar Avila (and Wife, Piedad Avila) | 07CV1563 | 5/24/2007 |
| 9434 | Luis G. Avila | 07cv4450 | 6/5/2007 |
| 9569 | Nolberto Avila (and Wife, Brigida Avila) | 07CV1564 | 5/31/2007 |
| 9413 | Norbeto Avila (and Wife, Nelly Avila) | 07cv1465 | 5/24/2007 |
| 14290 | Peter B Bailon | Not Available | 5/31/2007 |
| 15996 | Jose Barahona (and Wife, Domenica Barahona) | Not Available | 6/8/2007 |
| 9788 | Miguel Barona (and Wife, Marie Sucuzhanyay) | 07cv1569 | 5/31/2007 |
| 9980 | Raul Barreto (and Wife, Derlim Barreto) | 07cv4451 | 6/5/2007 |
| 13967 | Hector Barroso | 07cv4452 | 6/5/2007 |
| 3756 | Julio Bastidas | Not Available | 5/24/2007 |
| 9378 | Wlodzimierz Belkowski (and Wife, Teresa Belkwski) | Not Available | 5/31/2007 |
| 3840 | Vincente Benavidez (and Wife, Florinda Jostina) | 06CV7913 | 5/24/2007 |
| 8518 | Hector Betancourt | 07cv4453 | 6/5/2007 |
| 12790 | Roman Bikowski (and Wife, Nella Bikowska) | 06cv14496 | 5/24/2007 |
| 9390 | Andrzej Borkowski | 07cv1472 | 5/24/2007 |

**Monday, June 18, 2007**

BROOKFIELD PROPERTIES CORPORATION

Group:   Out   In:

**Rider**

# Service Rider

BROOKFIELD PROPERTIES CORPORATION

| File No | Plaintiff | Index Number | Date Filed |
|---------|-----------|--------------|------------|
| 10411 | Wiktor  Borowiecki | 07cv4455 | 6/5/2007 |
| 9701 | Hector  Buestan | 07cv4456 | 6/5/2007 |
| 10228 | Carlos  Bunay | 07CV1571 | 5/31/2007 |
| 9965 | Ernesto  Bunay | 07CV1572 | 5/24/2007 |
| 9486 | Ivan  Calero (and Wife, Reyna  Calero) | 06cv1650 | 5/24/2007 |
| 14713 | Gil  Calle | 07CV1576 | 5/31/2007 |
| 3996 | Jose  Calle (and Wife, Damaris  Calle) | 07CV1577 | 5/24/2007 |
| 14248 | Rodrigo  Campozano (and Wife, Esther  Campozano) | 07cv4459 | 6/5/2007 |
| 9576 | Joaquin  Campuzano (and Wife, Nancy  Campuzano) | 07cv1478 | 5/24/2007 |
| 9921 | Edison  Cardenas | 06cv14533 | 5/24/2007 |
| 3820 | Ludivia  Castellanos (and Husband, Luis L Martinez) | 07cv1480 | 5/24/2007 |
| 9504 | Aida  Chalco | 07cv1481 | 5/24/2007 |
| 9556 | Edizon  Chavez (and Wife, Martha L Chavez) | 07CV1585 | 5/24/2007 |
| 9377 | Andrzej  Chojnowski (and Wife, Bozema  Chojnowska) | 07CV1588 | 5/24/2007 |
| 10335 | Maria del Pilar  Cifuentes | 07CV1590 | 5/24/2007 |
| 10594 | Cecelia  Claret | 06cv14554 | 5/24/2007 |
| 10181 | Antonio  Collazos (and Wife, Nohemi  Collazos) | 07cv4461 | 6/5/2007 |
| 10271 | John  Colucci (and Wife, Theresa  Colucci) | 07cv1485 | 5/24/2007 |
| 14443 | John  Combos (and Wife, Donna  Combos) | 07CV1593 | 5/31/2007 |
| 4337 | Beatriz  Conception | 07CV1594 | 5/24/2007 |
| 10294 | William  Cook | 07cv1486 | 5/24/2007 |
| 14808 | Zoila  Cortez | Not Available | 5/31/2007 |
| 14805 | Thomas  Costello (and Wife, Terri  Costello) | Not Available | 5/31/2007 |
| 3774 | Jose  Criollo (and Wife, Maria  Criollo) | 05cv1104 | 5/24/2007 |
| 3801 | Nancy  Criollo (and Wife, Lawrence  Zenteino) | 07cv4462 | 6/5/2007 |
| 4400 | Flora B Davila | 07cv4463 | 6/5/2007 |
| 7600 | Maria  De La Cruz | 07cv4464 | 6/5/2007 |
| 14621 | Maria  Delacruz | Not Available | 5/31/2007 |
| 9370 | Wieslaw  Demko (and Wife, Elzbieta  Demko) | 05cv01032 | 5/31/2007 |
| 10325 | Ruth  Diaz | 07CV1601 | 5/24/2007 |
| 15274 | Pancri  Diez (and Wife, Rosa  Diez) | Not Available | 5/31/2007 |
| 14859 | Jesse  Drake (and Wife, Susan  Drake) | Not Available | 5/31/2007 |
| 11329 | Dominik  Drozdz (and Wife, Ewa  Drozdz) | 06cv14619 | 5/24/2007 |
| 11331 | Stanislaw  Drozdz (and Wife, Monika  Drozdz) | 06cv14620 | 5/31/2007 |
| 9044 | Oswald  Drysdale (and Wife, Alma  Drysdale) | Not Available | 5/24/2007 |
| 6773 | Maria  Duchitanga | 07CV1604 | 6/5/2007 |

**Monday, June 18, 2007**

**Page 2 of 8**

BROOKFIELD PROPERTIES CORPORATION

Group:    Out   In:

 Rider

# Service Rider

BROOKFIELD PROPERTIES CORPORATION

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9414 | Rosalino  Duchitanga (and Wife, Rosa  Duchitanga) | 07CV1605 | 5/24/2007 |
| 9999 | Elvia  Dutan (and Husband, Wilfredo  Dutan) | 06CV5504 | 5/24/2007 |
| 13946 | Lucila  Dutan | 06cv14623 | 5/24/2007 |
| 8458 | Cirilo  Encalada (and Wife, Melva  Encalada) | 07cv4465 | 6/5/2007 |
| 9553 | Jorge  Encalada | 05CV10737 | 5/24/2007 |
| 8418 | Gregory  Fisco (and Wife, Nicole  Fisco) | Not Available | 5/24/2007 |
| 10337 | Danilsa  Flores | 07CV1608 | 5/24/2007 |
| 14806 | Harald  Gabrielsen (and Wife, Debi  Gabrielsen) | Not Available | 5/31/2007 |
| 9557 | Carmen  Gallego (and Husband, Salazar  Gallego) | 07CV062 | 5/24/2007 |
| 6812 | Walter  Gallegos | 07cv4467 | 6/5/2007 |
| 10005 | Wilson  Gallegos (and Wife, America M Gallegos) | 07CV1613 | 5/24/2007 |
| 13453 | Juan  Gallo | 06cv14670 | 5/24/2007 |
| 10184 | Edgar O Galvis | 06cv3422 | 5/24/2007 |
| 10420 | Jesus  Garces (and Wife, Elvira  Garces) | 07CV1615 | 5/24/2007 |
| 10183 | Sixta T Garcia | Not Available | 5/24/2007 |
| 10006 | Sonia  Garcia (and Husband, Christian  Chavez) | Not Available | 5/31/2007 |
| 9763 | Peter  Gaspar | 05cv10739 | 5/24/2007 |
| 9350 | Blanca  Gavidia (and Husband, Alexo  Gavidia) | 07cv4468 | 6/5/2007 |
| 9119 | Jaime  Gerardo | 07cv4469 | 6/5/2007 |
| 9458 | Margarita  Gil | 07cv4470 | 6/5/2007 |
| 8047 | Jaime  Giraldo (and Wife, Gloria  Vellada) | 07cv4471 | 6/5/2007 |
| 9456 | Samuel  Giuracocha | Not Available | 5/24/2007 |
| 3795 | Gildardo  Gomez | 06cv2285 | 5/24/2007 |
| 9674 | Edward  Gora (and Wife, Ena Rynczak  Gora) | 06cv3302 | 5/24/2007 |
| 9676 | Malgorzata  Grabowska | 06 cv 4885 | 5/24/2007 |
| 14594 | Slawomir  Gryszkiewicz (and Wife, Wanda  Gryszkiewicz) | 07CV1623 | 5/31/2007 |
| 13999 | Rosa  Gualpa | 07cv4472 | 6/5/2007 |
| 7592 | Francisco  Guerrero (and Wife, Arelis  Guerrero) | 05CV1636 | 5/24/2007 |
| 10852 | Rodolfo  Guevara | 06cv3301 | 5/24/2007 |
| 14972 | Armando  Guzman | Not Available | 6/8/2007 |
| 10384 | Carlos  Guzman (and Wife, Gloria  Guzman) | 06cv2884 | 5/24/2007 |
| 9300 | Avenia  Hernando (and Wife, Nidia  Hernando) | 07cv4473 | 6/5/2007 |
| 4112 | Angel  Hualpa (and Wife, Rosa  Hualpa) | 05CV2501 | 5/24/2007 |
| 4110 | Julio  Hurtado (and Wife, Elda Monica  Montes) | Not Available | 5/24/2007 |
| 10118 | Manuel  Idrovo | 07CV1628 | 5/24/2007 |
| 9572 | Jorge  Inga | 07CV1629 | 5/24/2007 |

**Monday, June 18, 2007**                                           **Page 3 of 8**

BROOKFIELD PROPERTIES CORPORATION

Group:     Out     In:

**Rider**

# Service Rider

BROOKFIELD PROPERTIES CORPORATION

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9565 | Luis Inga (and Wife, Carmen Inga) | 07cv4474 | 6/5/2007 |
| 6807 | Ecuador Intriago | 07cv4475 | 6/5/2007 |
| 9384 | Jozef Jablonski (and Wife, Agnieszka Jablonska) | 07CV1630 | 5/24/2007 |
| 14041 | Janusz Jakubowski (and Wife, Krystyna Karpinska) | 06cv14741 | 5/24/2007 |
| 9564 | Julio Jalil (and Wife, Charinil Jalil) | 07cv4476 | 6/5/2007 |
| 14697 | Juan Jara | Not Available | 5/31/2007 |
| 9872 | Marina Jara | 07cv4477 | 6/5/2007 |
| 3819 | Rodrigo Jimbo (and Wife, Dolores Calle) | 07CV1632 | 5/24/2007 |
| 9398 | Alberto Jimenez | 07cv4478 | 6/5/2007 |
| 9830 | Urbano Juarez | 07cv1509 | 5/24/2007 |
| 2766 | Bozena Kajewska-Pielarz (and Wife, Josef Kajewska-Pielarz) | 05CV0744 | 5/24/2007 |
| 9718 | Slawek Kappinski | 07CV1634 | 5/24/2007 |
| 9673 | Marian Karus (and Wife, Barbara Karus) | 07CV1635 | 5/24/2007 |
| 9752 | Andrzej Kasina | 07CV1636 | 5/24/2007 |
| 13791 | Wieslaw Kolodziejczyk (and Wife, Janina Kolodziejczyk) | 07cv4479 | 6/5/2007 |
| 9669 | Adam Kowalczyk (and Wife, Sabina Kowalczyk) | 06cv2252 | 5/24/2007 |
| 9381 | Antoni Kurak | 06 cv 4376 | 5/24/2007 |
| 9672 | Boguslaw Kwasniak (and Wife, Malgorzata Kwasniak) | Not Available | 5/24/2007 |
| 9371 | Antoni Lampart | 07CV1645 | 5/24/2007 |
| 14975 | Emerita E Lara | Not Available | 5/31/2007 |
| 9926 | Andrzej Lasica (and Wife, Ewelina Lasica) | 07cv4480 | 6/5/2007 |
| 9405 | Leszek Lech (and Wife, Genowefa Lech) | 06CV7911 | 5/31/2007 |
| 9687 | Ines Leon (and Wife, Luis E Quezada) | 07cv4481 | 6/5/2007 |
| 9742 | Jose Leon | 07CV1647 | 5/24/2007 |
| 14864 | Thomas Leonard (and Wife, Laurie Leonard) | Not Available | 6/8/2007 |
| 9452 | Ivonne Leroux | 06cv12772 | 5/24/2007 |
| 9438 | Diego Lituma | 07CV1648 | 5/24/2007 |
| 3755 | Hilda Llerena | 07CV1650 | 5/24/2007 |
| 9461 | Raul Loja | 07CV1652 | 5/24/2007 |
| 9499 | Wilmo Loja | 07cv4482 | 6/5/2007 |
| 10178 | Andrea Lora | 07cv4484 | 6/5/2007 |
| 9323 | Veronica Macas | 07cv4485 | 6/5/2007 |
| 10518 | Mariana Maldonado | 06cv1786 | 5/24/2007 |
| 10099 | John Marcos | 07cv4487 | 6/5/2007 |
| 9777 | Veronica Matas | 07CV1657 | 5/24/2007 |
| 3806 | Araceli Medina | 07cv4490 | 6/5/2007 |

**Monday, June 18, 2007**

BROOKFIELD PROPERTIES CORPORATION

Group: Out In:

 Rider

# Service Rider

BROOKFIELD PROPERTIES CORPORATION

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 3827 | Rosa Medina | 07cv4491 | 6/5/2007 |
| 9395 | Salvador Medrano (and Wife, Trinidad Medrano) | 07cv4492 | 6/5/2007 |
| 9582 | Trinidad Medrano (and Husband, Salvador L Medrano) | 07cv4493 | 6/5/2007 |
| 9351 | Enrique Mendoza (and Wife, Maria De Mendoza) | Not Available | 5/24/2007 |
| 9453 | Gustavo Mendoza (and Wife, Hada Mendoza) | 07cv4494 | 6/5/2007 |
| 9465 | Luis F. Mesa (and Wife, Maria Mesa) | Not Available | 5/24/2007 |
| 9566 | Ubaldo Misaico | 07cv4495 | 6/5/2007 |
| 7308 | Leidis Montero | 05CV1691 | 5/24/2007 |
| 16024 | Edward Moore (and Wife, Ruth Moore) | Not Available | 6/8/2007 |
| 13423 | Eugenio Mora (and Wife, Olga Mora) | 06cv13168 | 5/24/2007 |
| 4432 | Fabio Morales (and Wife, Martha Morales) | 07CV1667 | 5/24/2007 |
| 9478 | Wilson Moran (and Wife, Gloria Moran) | 06CV12341 | 5/24/2007 |
| 9568 | Walter Naranjo (and Wife, Miriam Naranjo) | 07cv04496 | 6/5/2007 |
| 11720 | Carlos Narvaez | 06cv2221 | 5/24/2007 |
| 10602 | Herbert Negron | Not Available | 5/24/2007 |
| 4597 | Divina Nunez | 07CV356 | 5/24/2007 |
| 3836 | Pilar Olivo | 07CV061 | 5/24/2007 |
| 9467 | Walter Oquendo | 07cv4497 | 6/5/2007 |
| 15939 | Edgar Orellana | Not Available | 6/6/2007 |
| 9488 | Haidee Orozco | 07cv4498 | 6/5/2007 |
| 9679 | Władysław Ostrzycki (and Wife, Wiesława Ostrzycka) | Not Available | 5/31/2007 |
| 9738 | Blanca Oyervide (and Wife, Marcos A Hinchala) | 07cv4500 | 6/5/2007 |
| 3777 | Maximo Pachay | 05cv9041 | 5/24/2007 |
| 9578 | Miguel Pacho | 07cv4501 | 6/5/2007 |
| 9412 | Krzysztof Pajak (and Wife, Ewa Pajak) | 07cv4502 | 6/5/2007 |
| 9979 | Diana Palma | 07cv4503 | 6/5/2007 |
| 10267 | Patricia Palma | 06 cv 3932 | 5/24/2007 |
| 10319 | Czeslaw Pankiewicz (and Wife, Maria Pankiewicz) | 07cv4505 | 6/5/2007 |
| 12042 | Rolando Pelaez (and Wife, Monica Villamarin) | 07cv4507 | 6/5/2007 |
| 7602 | Gabriel Pena | 05CV1385 | 5/24/2007 |
| 7348 | Jorge Pena | 07CV1682 | 5/24/2007 |
| 9302 | Jose Peralta | 07CV1683 | 5/24/2007 |
| 9379 | Hanna Pieczynska | 07CV1684 | 5/24/2007 |
| 9670 | Josef Borkowski, as Administrator of Jan Pietraszkiewicz | 06cv2527 | 5/24/2007 |
| 7731 | Luis Pillco (and Wife, Ana Lucero pillco) | 07cv4508 | 6/5/2007 |
| 10324 | Napoleon Pina | 06CV12413 | 5/24/2007 |

**Monday, June 18, 2007**

BROOKFIELD PROPERTIES CORPORATION

Group:    Out    In:



# Service Rider

BROOKFIELD PROPERTIES CORPORATION

| File No | Plaintiff | Index Number | Date Filed |
|---------|-----------|--------------|------------|
| 15776 | Hernan  Pineda (and Wife, Sarito  Pineda) | Not Available | 5/31/2007 |
| 14807 | Carlos  Pinela (and Wife, Ciotilde  Pinela) | Not Available | 5/31/2007 |
| 3495 | Jose  Polo | 05CV1418 | 5/24/2007 |
| 11212 | Piotr  Porowski (and Wife, Malgorzata  Porowski) | 06cv3850 | 5/24/2007 |
| 10885 | Raul  Porras (and Wife, Diana  Povvas) | 06cv9674 | 5/24/2007 |
| 3753 | Maria  Puma | 07CV1688 | 5/24/2007 |
| 9782 | Natalia  Quintanilla (and Husband, Gerardo  Quintanilla) | 06CV1341 | 5/24/2007 |
| 9491 | Jesus  Quizhpi | 07cv4509 | 6/5/2007 |
| 14339 | Joseph  Raimondi | Not Available | 5/31/2007 |
| 4283 | Guelmer  Rendon | 07cv4510 | 6/5/2007 |
| 14800 | David  Reynolds (and Wife, Katherine  Reynolds) | 07CV3446 | 5/24/2007 |
| 3778 | Sonia  Rivera (and Husband, Andres  Rivera) | 06cv6234 | 5/24/2007 |
| 9771 | Maria  Robles | 06cv11257 | 5/31/2007 |
| 9745 | Teresa  Robles | Not Available | 5/24/2007 |
| 3776 | Rosa  Rodriguez | 06cv0845 | 5/24/2007 |
| 7543 | Susana  Rodriguez (and Husband, Jose  Rodriguez) | Not Available | 5/24/2007 |
| 9575 | Angel  Rojas | 07CV1696 | 5/24/2007 |
| 10172 | Jaime  Rojas (and Wife, Johanna  Hernandez) | 07cv4511 | 6/5/2007 |
| 7196 | Mario  Rojas | 06cv5786 | 5/24/2007 |
| 9417 | Mieczyslaw  Romaniuk | Not Available | 5/24/2007 |
| 9966 | Victor  Salazar | 07cv4512 | 6/5/2007 |
| 7603 | Hipolito  Salgado (and Wife, Teresa  Salgado) | 05CV1675 | 5/24/2007 |
| 15080 | Antwi  Samuel | Not Available | 6/6/2007 |
| 3761 | Jose  Sanchez | 07cv4513 | 6/5/2007 |
| 6917 | Juan C Sanchez | Not Available | 5/24/2007 |
| 9308 | Oscar  Sanchez | 06cv11892 | 5/24/2007 |
| 9974 | Wilson  Sanchez | Not Available | 5/31/2007 |
| 10952 | Leonel  Sanmartin (and Wife, Ana  Rosa) | 07cv4514 | 6/5/2007 |
| 9466 | Emanuel  Santamaria | 07cv1528 | 5/24/2007 |
| 9479 | Miguel  Santana | 07CV1700 | 5/24/2007 |
| 9744 | Edwin  Sarmiento (and Wife, Nora  Sarmiento) | 07cv4515 | 6/5/2007 |
| 10872 | Maydi  Sarmiento | 06cv6521 | 5/24/2007 |
| 9477 | Pedro  Sarmiento (and Wife, Melanea  Sarmiento) | 07cv1531 | 5/24/2007 |
| 6820 | Alfonso  Serrano | 07CV1703 | 5/24/2007 |
| 9394 | Angel  Serrano (and Wife, Tanny  Sarmiento) | 07cv4516 | 6/5/2007 |
| 4668 | Daniel  Siguachi (and Wife, Narcisa Z Siguachi) | 07cv1705 | 5/24/2007 |

**Monday, June 18, 2007**

BROOKFIELD PROPERTIES CORPORATION

Group:   Out   In:



# Service Rider

BROOKFIELD PROPERTIES CORPORATION

| File No | Plaintiff | Index Number | Date Filed |
|---------|-----------|--------------|------------|
| 7307 | Antonio  Silva (and Wife, Lupe C Silva) | 05CV1260 | 5/24/2007 |
| 10359 | Eugeniusz  Skrzeczkowski (and Wife, Alicja  Skrzeczkowski) | 07cv4517 | 6/5/2007 |
| 9814 | Jerzy  Siesicki | 06cv6814 | 5/24/2007 |
| 4113 | Lucio  Solis (and Wife, Linda  Solis) | 05CV1198 | 5/24/2007 |
| 9726 | Jaime  Sosa | 07cv1706 | 5/24/2007 |
| 14850 | Robert  Sparano (and Wife, Theresa  Sparanpo) | Not Available | 5/31/2007 |
| 14508 | Felipe  Suarez | 07cv1707 | 5/24/2007 |
| 4603 | Norma  Suco | 07cv1708 | 5/24/2007 |
| 3780 | Jose  Sumba (and Wife, Maria  Sumba) | 07cv1709 | 5/24/2007 |
| 14058 | John  Sweeney (and Wife, Ann  Sweeney) | 07cv1711 | 5/24/2007 |
| 9678 | Miroslaw  Szpanelewski (and Wife, Aleksandra  Szpanelewska) | 06CV11532 | 5/24/2007 |
| 10331 | Edward  Szuberla | 07cv1712 | 5/24/2007 |
| 9498 | Laneth (Janeth)  Tabares | 06cv12826 | 5/31/2007 |
| 9388 | Bertha  Tache | 07cv1537 | 5/24/2007 |
| 8510 | Julia  Tenezaca | 07cv1714 | 5/24/2007 |
| 9460 | Manuel  Tenezaca | Not Available | 5/24/2007 |
| 9297 | Jeanne  Thorpe | 07cv1715 | 5/24/2007 |
| 4673 | Jorge  Toledo | 07cv4518 | 6/5/2007 |
| 9631 | Darivsz  Tomczyk | Not Available | 5/24/2007 |
| 4336 | Carlos  Toral (and Wife, Zoila  Toral) | 06cv6233 | 5/24/2007 |
| 3754 | Consuelo  Trujillo | 06 CV 3846 | 5/24/2007 |
| 15946 | Miguel  Urgiles (and Wife, Martha  Urgiles) | Not Available | 6/6/2007 |
| 4393 | Aida  Valdiulezo - Nieto | 06CV11534 | 5/24/2007 |
| 9571 | Jose  Vasquez (and Wife, Liliana G Vasquez) | 07cv2708 | 5/24/2007 |
| 9464 | Klever  Vasquez | 07cv4520 | 6/5/2007 |
| 7597 | Francisco  Vazquez (and Wife, Tanya  Rodriguez) | 07cv1721 | 5/24/2007 |
| 7552 | Kattia  Vazquez (and Husband, Peter  Vazquez) | 07cv1722 | 5/24/2007 |
| 9525 | Peter  Vazquez (and Wife, Kattia  Vazquez) | 06cv0070 | 5/31/2007 |
| 7601 | Severo  Vega (and Wife, Lila  Gonzalez) | 07cv4521 | 6/5/2007 |
| 3839 | Rafael  Velasco (and Wife, Zoila  Velasco) | 07cv1723 | 5/24/2007 |
| 3751 | Lucrecia  Velez | Not Available | 5/24/2007 |
| 6832 | Alejandro  Vera | 07cv4522 | 6/5/2007 |
| 13196 | Viviana  Vergara (and Husband, Verter  Vergara) | 06cv15116 | 5/31/2007 |
| 3828 | Julio  Villafuerte | 06cv1652 | 5/24/2007 |
| 7461 | Kleber  Villarruel (Paredes) | 06CV13703 | 5/24/2007 |
| 9484 | Luis  Vivar | 07cv4523 | 6/5/2007 |

**Monday, June 18, 2007**

BROOKFIELD PROPERTIES CORPORATION

Group:   Out   In:



# Service Rider

BROOKFIELD PROPERTIES CORPORATION

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9396 | Rosa  Vivar (and Husband, Wilson  Vivar) | 06cv997 | 5/24/2007 |
| 9383 | Kazimierz  Walek (and Wife, Stefania  Walek) | Not Available | 5/24/2007 |
| 9374 | Krzysztof  Walek | 07cv1547 | 5/24/2007 |
| 10343 | Robert  Waniurski (and Wife, Ewa  Waniurski) | 07cv4524 | 6/5/2007 |
| 9401 | Wlodzimierz  Wierzbicki (and Wife, Alicja B Wierzbicka) | 07cv1727 | 5/24/2007 |
| 9409 | Jan  Wolkowicz (and Wife, Grace  Wolkowicz) | 07cv1728 | 5/31/2007 |
| 9490 | Aquiles  Yaguana | 07cv4525 | 6/5/2007 |
| 9448 | Luis  Yumbla | 06CV13166 | 5/24/2007 |
| 9376 | Krzysztof  Zalewski (and Wife, Danuta  Zalewska) | Not Available | 5/24/2007 |
| 3767 | Jorge  Zelaya (and Wife, Maria  Zelaya) | 07cv1730 | 5/24/2007 |
| 4284 | Lawrence  Zenteno (and Wife, Nancy C Zenteno) | 07cv1731 | 5/24/2007 |
| 9451 | Rafael  Zumba | 07cv1732 | 5/24/2007 |

264

Group:    Out    In:



# Service Rider

BROOKFIELD PROPERTIES CORPORATION

| File No | Plaintiff | Index Number | Date Filed |
|---------|-----------|--------------|------------|
| 9736 | Stephen  Addeo (and Wife, Carol  Addeo) | 06cv9963 | 5/25/2007 |
| 9151 | Collin  Calder (and Wife, Winsome  Calder) | 06cv6758 | 5/25/2007 |
| 14391 | Camille  Chiarantano, as Administratrix of Joseph  Chiarantano | Not Available | 5/25/2007 |
| 14461 | Faisal  Choudhury (and Wife, Rahat  Choudhury) | Not Available | 5/25/2007 |
| 6879 | David  Cormier | Not Available | 5/25/2007 |
| 3564 | Steven  Daquila (and Wife, Grace  Daquila) | 06cv8756 | 5/25/2007 |
| 12172 | Fernando  Dias (and Wife, Sandra  Dias) | 06CV8223 | 5/25/2007 |
| 6678 | Patrick  Dolan | 06CV7398 | 5/25/2007 |
| 14466 | Joseph  Douso (and Wife, Jill E Douso) | Not Available | 5/25/2007 |
| 14779 | Donald  Foley (and Wife, Kelly Ann  Foley) | 07cv657 | 5/25/2007 |
| 15289 | John E Greaney (and Wife, Andrea  Greaney) | Not Available | 5/25/2007 |
| 6742 | Peter  Gunn (and Wife, Lisa  Gunn) | 06CV7434 | 5/25/2007 |
| 14573 | David  Guszick | Not Available | 5/25/2007 |
| 8921 | Jeffrey  Hayduk | 06cv5839 | 5/25/2007 |
| 14591 | Christopher  Hinckson (and Wife, Sharon  Hinckson) | Not Available | 5/25/2007 |
| 14491 | Joel  Klein (and Wife, Barbara  Klein) | 07CV1640 | 5/25/2007 |
| 3959 | Michael  Labate (and Wife, Cheryl  Labate) | 06CV8441 | 5/25/2007 |
| 14907 | Thomas  Maher | Not Available | 5/25/2007 |
| 8478 | Donna  Marshall | Not Available | 5/25/2007 |
| 7772 | Hamilton  Montero | 06cv12791 | 5/25/2007 |
| 12980 | William  Noesges (and Wife, Denise  Noesges) | 06cv14925 | 5/25/2007 |
| 7251 | Joseph  Nolan (and Wife, Lana  Nolan) | 05CV1213 | 5/25/2007 |
| 7271 | Michael  Pallotto (and Wife, Lisa  Polloto) | Not Available | 5/25/2007 |
| 6739 | David  Pope | 05cv1078 | 5/25/2007 |
| 4680 | Roland  Renaudin | Not Available | 5/25/2007 |
| 8752 | Donald  Sadowy (and Wife, Kathleen  Sadowy) | 06cv7254 | 5/25/2007 |
| 14395 | James  Seiferheld (and Wife, Fran  Seiferheld) | Not Available | 5/25/2007 |
| 11697 | William  Spilman (and Wife, Ernestine  Spilman) | 06cv14136 | 5/25/2007 |
| 8387 | Zachary  Stamatakis (and Wife, Bernice  Stamatakis) | 06cv11589 | 5/25/2007 |
| 13263 | Guy  Zammitt (and Wife, deanna  Zammitt) | 06cv15155 | 5/25/2007 |

30

